**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
Douglas S. de Heras, Esq. (Bar No. 190853)
PRINDLE, GOETZ, BARNES & REINHOLTZ, LLP
One World Trade Centers, Suite 1100
Long Beach, California 90831
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
ddeheras@prindlelaw.com
BDDD.0065

Attorneys for Defendant,
DR. CHARLES J. SAROSY, an individual, d/b/a "SANTEBELLASPA.COM"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHARLES J. SAROSY, an individual, d/b/a "SANTEBELLASPA.COM"; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:24-cv-05577-MAA<br>(Case assigned to Magistrate Judge Maria A. Audero)<br><br>**ANSWER TO COMPLAINT**<br><br>Action Filed:  July 1, 2024<br>Trial Date:    TBD |

COMES NOW, Defendant, DR. CHARLES J. SAROSY, an individual, d/b/a "SANTEBELLASPA.COM") ("Defendant"), answering the Complaint for Copyright Infringement filed by AUGUST IMAGE, LLC ("Plaintiff") by responding as set forth below, and Defendant raises affirmative defenses as follows:

## JURISDICTION AND VENUE

1. Defendant denies the allegations of the applicability of referenced statutes as alleged in paragraph 1.

ANSWER TO COMPLAINT

2. Defendant denies the allegations of Federal question jurisdiction as alleged in paragraph 2.

3. Defendant denies the allegations of venue as alleged in paragraph 3.

4. Answering paragraph 4 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

5. Answering paragraph 5 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

6. Answering paragraph 6 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

7. Answering paragraph 7 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

8. Answering paragraph 8 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

9. Answering paragraph 9 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies

them.

10. Answering paragraph 10 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

11. Answering paragraph 11 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

12. Answering paragraph 12 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

13. Answering paragraph 13 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

14. Answering paragraph 14 of the Complaint, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

## **PRAYER FOR RELIEF**

Defendant denies Plaintiff is entitled to any relief.

Defendant denies Plaintiff is entitled to any monetary damages claimed.

Defendant denies Plaintiff is entitled to any monetary damages claimed.

Defendant joins Plaintiff in the request for a jury trial.

## AFFIRMATIVE DEFENSES

Defendant hereby asserts the following Affirmative Defenses in this case:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim against Defendant on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

One or more third parties are liable for the conduct alleged and will be required to answer and indemnify.

### THIRD AFFIRMATIVE DEFENSE

Defendant has one or more license(s).

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has authorized and consented to usage.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims for relief are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. §107.

### SEVENTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of laches.

///

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred by the doctrine of equitable estoppel.

### NINTH AFFIRMATIVE DEFENSE

Defendant's conduct was innocent, non-infringing, and not a willful infringement of copyright.

### TENTH AFFIRMATIVE DEFENSE

Any alleged infringement is barred by the statutes of limitations as set forth in section 507 of the Copyright Act, 17 U.S.C. §507, and as set forth in California Civil Code §339(1).

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to register the copyrights in one or more of the products set forth in their Complaint and thus are not permitted to file this suit or maintain this action.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has engaged in one or more acts that have misused their copyrights including but not limited to having wrongfully attempted to extend the scope of the limited monopoly granted by the Copyright Act. Defendant reserves the right to assert one or more antitrust related claims.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent they claim copyright protection in

works that are immoral, illegal, obscene or libelous.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred due to their deceptive and misleading advertising in connection with the distribution of all alleged copyrighted works.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff has waived its rights to claim copyright infringement.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff has abandoned or forfeited their copyrights.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff has acquiesced in any alleged copyright infringement.

## EIGHTEENTH AFFIRMATIVE DEFENSE

This action may be barred by the "first sale doctrine" because if lawfully obtained and possessed one or more of Plaintiff's copyrighted works. 17 U.S.C. §109(a).

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred since critical part or portions of their alleged protected copyrights are invalid due to consisting of un-protectable idea(s) or processes.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred since critical part or portions of their alleged

protected copyrights are invalid due to consisting of fact(s).

### TWENTY-FIRST AFFIRMATIVE DEFENSE

This Court does not have personal jurisdiction over Defendant to enter a judgment against Defendant.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

The Court lacks venue in this case.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff is barred by 17 U.S.C. section 412 from claiming statutory damages or attorney's fees under the Copyright Act in that any alleged acts of infringement occurred before first registration of the Plaintiff's alleged work.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join indispensable parties.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff is not the owner of one or more Copyrights at issue.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

One or more of copyrights have elements taken from the public domain upon which a copyright infringement action cannot be maintained.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendants claims, including their assertion of copyright protection are barred by the doctrine of Merger.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

This action is barred by the "scenes-a-faire" doctrine.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

This action is barred by section 117 limitations on exclusive rights.

WHEREFORE, Defendant prays this Honorable Court for the following relief:

1.  For dismissal of the Plaintiff's action with prejudice;

2.  For an order that Plaintiff shall take no relief from their complaint herein;

3.  For an award of Defendant's costs and attorneys' fees herein incurred; and

For such further and other relief and the Court deems fair and just.

## DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38, Defendant demands that this action be tried by a jury.

DATED: September 16, 2024

PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

By: _____
JACK R. REINHOLTZ
Attorneys for Defendants
DR. CHARLES J. SAROSY, an individual, d/b/a "SANTEBELLASPA.COM"

# PROOF OF SERVICE
*August Image, LLC v. Dr. Charles J. Sarosy, dba Santebellaspa.com*
**USDC Case No.** 2:4-cv-05577-MAA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is One World Trade Center, Suite 1100, Long Beach, California 90831.

On September 16, 2024, I served the foregoing document described as **ANSWER TO COMPLAINT** on interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☐ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☒ **(By Electronic Service)** By submitting an electronic version of the document(s) via file transfer protocol (FTP) to United States District Court, Central District of California, through the upload feature at https://ect.cacd.uscourts.gov/cgi-bin/login.pl.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) by e-mailing the document(s) to the persons at the e-mail address(es) listed on the attached service list. The email was transmitted by Lisa Ellison, from email address: lellison@prindlelaw.com

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2024, at Mission Viejo, California.

*Lisa Ellison*
LISA ELLISON

9
**ANSWER TO COMPLAINT**

*August Image, LLC v. Dr. Charles J. Sarosy, dba Santebellaspa.com*
USDC Case No. 2:4-cv-05577-MAA

## SERVICE LIST

| | |
|---|---|
| Stephen M. Doniger, Esq.<br>Benjamin F. Tookey, Esq.<br>Doniger Burroughs<br>603 Rose Avenue<br>Venice, CA 90291 | *Attorneys for Plaintiff*<br>*August Image, LLC*<br><br>(310) 590-1820<br><br>stephen@donigerlawfirm.com<br>btookey@donigerlawfirm.com |

E-MAIL LIST:
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com