Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DR. CHARLES J. SAROSY, et al., <br><br> Defendants. | Case No. 2:24-cv-05577-DDP-E <br><br> **JOINT STIPULATION TO DISMISS ACTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff CraftShack, Inc., and Defendant Dr. Charles J. Sarosy, hereby stipulate to the dismissal of this action with prejudice.

SO STIPULATED.

Respectfully submitted,

Dated: February 18, 2025   By:   */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER /BURROUGHS
*Attorneys for Plaintiff*

Dated: February 18, 2025   By:   */s/ Douglas S. de Heras*
Douglas S. de Heras (SBN 190853)
ddeheras@prindlelaw.com
PRINDLE, GOETZ, BARNES & REINHOLTZ LLP
One World Trade Centers, Suite 1100
Long Beach, California 90831
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
*Attorneys for Defendant*

The filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.