JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHARLES J. SAROSY, et al.,<br><br>Defendants. | Case No. 2:24-cv-05577-DDP-Ex<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION** |

    In consideration of the parties' joint stipulation to dismiss the action, and for good cause shown, the action is hereby dismissed with prejudice.

    IT IS SO ORDERED.

Dated: February 18, 2025   By: _/s/ Dean D. Pregerson_

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE